**No. 44366.**—Protests 744547–G, etc., of Ed. Schuster & Co., Inc., et al. (Milwaukee).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44367.**—Protests 717409–G, etc., of Gellman Bros. (St. Paul).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44368.**—Protests 704358–G/81455, etc., of W. C. Sullivan & Co. et al. (Chicago).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44369.**—Protest 954973–G of Sears, Roebuck & Co. (Los Angeles).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44370.**—Protest 797554–G of Butler Brothers (San Francisco).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44371.**—Protests 824765–G, etc., of Harvard University et al. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44372.**—Protest 874967–G of M. Minami & Co., Inc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in. Abstract 15400 the court dismissed the protest.

**No. 44373.**—Protests 965434–G/88196, etc., of American Express Co. et al. (Chicago).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.